HENRY A. BATE, Respondent, *v.* WILLIAM O. McDOWELL
et al., Appellants.

(Argued June 10, 1885 ; decided June 26, 1885.)

*J. A. McCreery* for appellants.

*John Brooks Leavitt* for respondent.

Agree to affirm ; no opinion.

All concur.

Judgment affirmed.